IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCIN KEGEL                              :    CIVIL ACTION
                                          :
           v.                             :    NO.  26-1213
                                          :
MICHAEL ROSE, KRISTI NOEM,                :
PAMELA BONDI, TODD LYONS                  :

## ORDER

**AND NOW**, this 23rd day of March 2026, upon consideration of Marcin Kegel's petition for writ of *habeas corpus* (DI 1), the government's response in opposition thereto (DI 8), and Mr. Kegel's reply (DI 11), it is hereby **ORDERED** that:

1. Petitioner and the government shall meet and confer and provide the following contextual evidence by **Friday, March 27, 2026**:

     a.    Documentation accounting for petitioner's detainment from January 2 — January 26, 2026, such as a Notice of Custody Determination.

     b.    The Immigration Judge's (IJ's) Bond Order from January 26, 2026, ordering petitioner's release on bond and imposing limited conditions.[1]

     c.    A transcript of the hearing before the IJ on January 26, 2026.  If a transcript does not exist, then petitioner shall submit a declaration describing what was discussed about his conditions of release and whether the government asked the IJ to require petitioner to enroll in the Alternatives to Detention (ATD), Intensive Supervision Appearance Program (ISAP) or participate in the SmartLINK program.

---

[1] It appears that petitioner tried to attach this document to his original habeas petition but did not do so.

d.   Documentation on whether the government appealed the IJ's decision to the Board of Immigration Appeals (BIA).

e.   Documentation accounting for petitioner's enrollment in ISAP following his release from custody, including a description of the additional conditions of release that Immigration and Customs Enforcement (ICE) imposed on petitioner.

2.   The government shall submit any caselaw in support of its interpretation of the relevant statutes and regulations that ICE can impose additional conditions on a detainee after an immigration judge has ordered the detainee's release and set conditions.

3.   Petitioner shall submit a declaration describing how his participation in the SmartLINK program has caused significant restraint on his liberty.

4.   Both parties may file responsive briefs no later than **Friday, April 3, 2026**.

**MURPHY, J.**