## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCIN KEGEL | : CIVIL ACTION |
| | : |
| v. | : NO.  26-1213 |
| | : |
| MICHAEL ROSE, KRISTI NOEM, | : |
| PAMELA BONDI, TODD LYONS | : |

## <u>ORDER</u>

AND NOW, this 15th day of April 2026, upon considering the petitioner's petition for writ of *habeas corpus* (**DI 1**), the government's opposition (**DI 8**), petitioner's reply (**DI 11**), the government and petitioner's supplementary briefing (**DI 13 and 14**), and for reasons in the accompanying memorandum, it is **ORDERED** that petitioner's petition for writ of *habeas corpus* (**DI 1**) is **GRANTED**.  The agency's order imposing restraints in addition to those imposed by the immigration judge's order (including petitioner's reporting requirements through the Alternatives to Detention (ATD), Intensive Supervision Appearance Program (ISAP), geographic restrictions, and participation in SmartLINK) is **VACATED**.


_____
MURPHY, J.